ACCEPTED
01-14-00207-CV
FIRST COURT OF APPEALS
HOUSTON, TEXAS
3/16/2015 1:49:08 PM
CHRISTOPHER PRINE
CLERK

CAUSE NO. 01-14-00207-CV
IN THE TEXAS STATE COURT OF APPEALS
FOR THE FIRST COURT SITTING IN HOUSTON, TEXAS

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
3/16/2015 1:49:08 PM
CHRISTOPHER A. PRINE
Clerk

ELLEN LUMENTA, INDIVIDUALLY AND AS PERSONAL
REPRESENTATIVE OF THE ESTATE OF ROY MEYERS REVELINO
NAWAWI, DECEASED

Appellant

v.

BELL HELICOPTER TEXTRON, INC., BELL HELICOPTER KOREA INC.,
BELL HELICOPTER CORPORATION, BELL HELICOPTER
INTERNATIONAL INC., BELL HELICOPTER INTERNATIONAL SALES
CORPORATION AND PRATT & WHITNEY AND UNITED TECHNOLOGIES
CORPORATION

Appellees

On Appeal from Cause No. 2013-45235
In the 190th Judicial District Court of Harris County, Texas
The Honorable Patricia J. Kerrigan, Presiding

## NOTICE OF APPEARANCE FOR ORAL ARGUMENT

BENTON MUSSLEWHITE
TBN: 14752000
1705 W. GRAY, SUITE A
HOUSTON, TEXAS 77019
TEL (713) 528-2000
FAX (713) 526-8568
*LEAD COUNSEL FOR APPELLANTS*

NEWTON B. SCHWARTZ, SR.
TBN: 17869000
1911 SOUTHWEST FREEWAY
HOUSTON, TEXAS 77098
TEL (713) 630-0708
FAX (713) 630-0789
*CO-COUNSEL FOR APPELLANTS*

TO THE HONORABLE JUSTICES OF SAID COURT:

COMES NOW, Appellant Ellen Lumenta, Individually and As Personal Representative of the Estate of Roy Revelino Nawawi, Deceased through their attorneys of record and notices the Court that Oral Argument will be conducted by Benton Musslewhite for the Appellant.

WHEREFORE, PREMISES CONSIDERED, Appellant notices the Court of the appearance of Benton Musslewhite, counsel of record for Appellants, at Oral Argument on April 1, 2015 at 1:30 p.m.

Respectfully submitted,

BENTON MUSSLEWHITE
Fed ID: 4711
TBN: 14752000
1705 W. Gray, Suite A
Houston, Texas 77019
Tel: (713) 528-2000
Fax: (713) 528-8568
LEAD COUNSEL FOR APPELLANT

NEWTON B. SCHWARTZ, SR.
Fed ID: 5080
TBN: 17869000
1911 Southwest Freeway
Houston, Texas 77098
Tel: (713) 630-0708
Fax: (713) 630-0789
CO-COUNSEL FOR APPELLANT

# CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document has been forwarded on to all known counsel on this 16th day of October, 2014 in accordance with Federal Rules of Appellate Procedure.

_____
BENTON MUSSLEWHITE

Jad J. Stepp
Stepp & Sullivan, P.C.
1010 Lamar Street, Suite 810          *Via Facsimile: (713) 336-7250*
Houston, Texas 77002
Telephone: (713) 336-7200
Email: jstepp@ss-pc.com

Roberta Miranda
Fitzpatrick & Hunt, Tucker, Collier, Pagano, Aubert, LLP
Tower 49-31[st] Floor                 *Via Facsimile: (212) 937-4050*
Twelve East 49th Street
New York, NY 10017
Telephone: (212) 937-4031
Email: Roberta.miranda@fitzhunt.com
*Attorney for Appellees, Pratt & Whitney and United Technologies Corp.*

Winstol D. Carter, Jr.
Craig A. Stanfield
Alexandra L. Farias                   *Via Facsimile: (713) 890-5001*
Morgan, Lewis & Bockius, LLP
1000 Louisiana, Suite 4200
Houston, Texas 77002
Telephone: (713) 890-5000
Email: wcarter@morganlewis.com
*Attorneys for Appellees, Bell Helicopter Textron, Inc., Bell Helicopter International Sales Corporation, Bell Helicopter International, Inc. and Bell Helicopter Korea, Inc.*